| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE  　　　　　　　　　　　DATE: 8/9/2023
　　　　　U.S. MAGISTRATE JUDGE　　　　　　　　TIME:  11:30 am

CASE:  **CV 23-1339 (JMA)(SIL) Coste, Jr. v. Town of Islip et. al**

TYPE OF CONFERENCE: HEARING　　　　　　　　　FTR: 11:30-12:02

APPEARANCES:
　　　For Plaintiff:　　　　Cory Morris

　　　For Defendants:　　　Nathanial Hemmerick Hunt and Peter Kirsch

　　　Other:　　　　　　　Robert Schumacher for FAA

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　Other:  Scheduling conference/status conference/motion hearing held.  Plaintiff's motion to amend/supplement, DE [19], is granted over the objection of the FAA, with the FAA reserving its rights to make a motion to dismiss.  The Town Defendants' motion for a pre-motion conference in support of their motion to dismiss, DE [24], is granted.  Both the Town Defendants and FAA will serve their respective motions to dismiss on September 25, 2023.  Plaintiff will serve opposition on October 13, 2023.  Reply papers will be served on November 20, 2023. Moving and opposition papers may be up to 30 pages and reply papers may be up to 15 pages.  All papers will be filed on November 21, 2023 and courtesy copies of all papers will be submitted to the Court by personal or overnight delivery.  The Town Defendants' motion for a stay, which is joined by the FAA, DE [25], is granted, with the proviso that if the Town Defendants change Plaintiff's access to Taxiway H, as discussed on the record, they will provide Plaintiff will ten days advance written notice such that Plaintiff can seek relief in Court by order to show cause.

**SO ORDERED**

 /s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge