Index Nº:  23-cv-01339 (JMA) (SIL)

# United States District Court

### *for the*
## EASTERN DISTRICT OF NEW YORK

FERDINAND L. COSTE, JR. A/K/A FRED COSTE. INDIVIDUALLY AND ON BEHALF OF, **NOVEMBER ROMEO, LLC** AND ALL AIRCRAFT OWNERS WHO ARE TO BE DEPRIVED OF REASONABLE USE AND ACCESS TO THE **LONG ISLAND MACARTHUR AIRPORT,** AN ENTITY AND PREMISES WHICH THE TOWN OF ISLIP CLAIMS TO BE FEE OWNER HAVING OFFICES AT 100 ARRIVAL AVENUE, SUITE 100, RONKONKOMA, NEW YORK 11779;

*Plaintiff*

—v—

**TOWN OF ISLIP ANGIE CARPENTER, ISLIP TOWN SUPERVISOR,** INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, **ISLIP TOWN BOARD MEMBERS JOHN C. COCHRANE, JR, MARY KATE MULLEN,  JOHN LORENZO, JAMES P. O'CONNOR AND JORGE GUADRÓN,** EACH INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, **SHELLEY LaROSE ARKIN,** COMMISSIONER, **JOHN AND JANE DOES # 1-10,** INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES

*Defendants*

# ATTORNEY AFFIRMATION OF SERVICE OF PROCESS

## LAW OFFICE OF CORY H. MORRIS
*Attorney for Fred Coste*
863 Islip Avenue
Central Islip NY 11722
Phone: (631) 450–2515
FAX:   (631) 223–7377
Cory.H.Morris@protonmail.com

I, Cory H. Morris, being duly sworn deposes and says deponent is not a party to this action and I am an attorney over the age of eighteen years residing in the state of New York.

Pursuant to Docket Entry 36 in this matter, that on Friday, October 13, 2023, I caused an a first class mailing containing the Plaintiffs' opposition to the Motion to Dismiss to Defendants' (privately hired) Attorneys' stated business address, inclusive of Nathaniel Hunte, at 1675 Broadway, Suite 2300, Denver, CO, 80202, and, as per This Honorable Court's Order (All papers will be filed on November 21, 2023 and courtesy copies of all papers will be submitted to the Court by personal or overnight delivery) caused a bound copy of the same to be sent to the Court to the attention of the Honorable United States Magistrate Judge Steven I. Locke.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED AT: Central Islip NY
October 31, 2023

/s/  Cory H. Morris /s/

THE LAW OFFICES OF CORY H. MORRIS
863 Islip Avenue
Central Islip NY 11722

2